UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETTERS COMPANY, INC., | No. C-04-2160 CRB (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT** |
| BLS SALES, INC., BARRY SMITH, CAPRI, INC., TUAN TRAN, and HELEN DANG, | |
| Defendants. _____/ | |
| AND RELATED CROSS-ACTIONS. _____/ | |

BLS and Costco are hereby ordered to submit supplemental settlement conference briefs addressing: (1) the merits of BLS' equitable indemnification cross-claim and (2) Costco's attorneys fee claim arising out of BLS' claim of third party beneficiary to the Petters/Costco Coach transaction. Costco's brief shall be lodged by fax (fax number 415-522-4200) no later than June 20, 2005. BLS' brief shall be due June 27, 2005 by fax. The Court will then contact the parties by phone to explore settlement of the BLS cross-claims against Costco.

IT IS SO ORDERED.

Dated: June 10, 2005

EDWARD M. CHEN
United States Magistrate Judge