SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN WINICK, Cal. Bar No. 160815
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947

FREDRIKSON & BYRON, P.A.
DAVID MARSHALL, MN BAR NO. 184457 (admitted pro hac vice)
GREG KARPENKO, MN BAR NO. 286473 (admitted pro hac vice)
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:   (612) 492-7000
Facsimile:    (612) 492-7077

Attorneys for Petters Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Petters Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> BLS Sales, Inc., Barry Smith, Capri, Inc., Tuan Tran, and Helen Dang, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Court File No. C 04-2160 CRB <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DISCOVERY** |

**WHEREAS**, the parties have engaged in settlement conferences with United States Magistrate Judge Chen on January 18 and June 9, 2005;

**WHEREAS**, the settlement conferences did not resolve in resolution of this matter;

**WHEREAS**, the parties have diligently engaged in discovery in a timely manner; and

**WHEREAS**, based on recent developments the parties believe that additional time is necessary to conduct the discovery necessary to prepare this matter for trial and to continue in meaningful settlement negotiations;

**THEREFORE, IT IS STIPULATED AND AGREED** by the parties to this action, by their respective undersigned attorneys, that:

1. The deadline for completion of discovery shall be extended to August 26, 2005; and
2. All other deadlines and the setting for trial shall remain the same.

***Signatures To Follow On The Next Page***

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  FREDRIKSON & BYRON, P.A.                    LEDERER NOJIMA TAGLIAFERRO
                                               LOPRESTI & BLAKELY LLP
3

4  _____              _____
5  David R. Marshall                           Brent H. Blakely, Esq.
   Gregory E. Karpenko
6                                              11755 Wilshire Boulevard
   200 South Sixth Street                      Suite 1200
7  Suite 4000                                  Los Angeles, CA 90025-1543
   Minneapolis, MN 55402
8
   Attorneys for Plaintiff, Petters Company, Inc.   Attorneys for Defendants BLS Sales, Inc.
9                                              and Barry Smith

10
   KRIEG, KELLER, SLOAN, REILLEY &             SHEPPARD, MULLIN, RICHTER &
11 ROMAN LLP                                   HAMPTON LLP

12
                                               
13 _____              _____
14 Kenneth E. Keller, Esq.                     Steven Winick

15 114 Sansome Street, 4th Floor               Four Embarcadero Center, 17th Floor
   San Francisco, CA 94104                     San Francisco, CA 94111-4106
16
17 Attorneys for Defendants Helen Dang and     Attorneys for Plaintiff, Petters Company, Inc.
   Capri, Inc.
18

19 GREENBERG GLUSKER FIELDS
   CLAMAN MACHTINGER & KINSELLA
20 LLP

21
22
   _____
23 Norman Levine, Esq.

24 1900 Avenue of the Stars, Suite 2100
   Los Angeles, CA 90067
25
26 Attorneys for Costco Wholesale Corporation

27
28

-2-

06-20-05   05:37pm   From-GREENBERG, GLUSKER          310-553-0687          T-597  P 04/04  F-746

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| FREDRIKSON & BYRON, P.A. | LEDERER NOJIMA TAGLIAFERRO LOPRESTI & BLAKELY LLP |
| David R. Marshall<br>Gregory E. Karpenko<br><br>200 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402<br><br>Attorneys for Plaintiff, Petters Company, Inc. | Brent H. Blakely, Esq.<br><br>11755 Wilshire Boulevard<br>Suite 1200<br>Los Angeles, CA 90025-1543<br><br>Attorneys for Defendants BLS Sales, Inc. and Barry Smith |
| KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| Kenneth E. Keller, Esq.<br><br>114 Sansome Street, 4th Floor<br>San Francisco, CA 94104<br><br>Attorneys for Defendants Helen Dang and Capri, Inc. | Steven Winick<br><br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br><br>Attorneys for Plaintiff, Petters Company, Inc. |
| GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP<br><br>_[signature]_<br>Norman Levine, Esq.<br><br>1900 Avenue of the Stars, Suite 2100<br>Los Angeles, CA 90067<br><br>Attorneys for Costco Wholesale Corporation | |

-2-

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  FREDRIKSON & BYRON, P.A.                    LEDERER NOJIMA TAGLIAFERRO
                                                LOPRESTI & BLAKELY LLP
3
4  _____                 _____
5  David R. Marshall                            Brent H. Blakely, Esq.
   Gregory E. Karpenko
6                                               11755 Wilshire Boulevard
   200 South Sixth Street                       Suite 1200
7  Suite 4000                                   Los Angeles, CA 90025-1543
   Minneapolis, MN 55402
8
   Attorneys for Plaintiff, Petters Company, Inc.   Attorneys for Defendants BLS Sales, Inc.
9                                                   and Barry Smith

10 KRIEG, KELLER, SLOAN, REILLEY &             SHEPPARD, MULLIN, RICHTER &
11 ROMAN LLP                                   HAMPTON LLP

12
13 _____                 _____
14 Kenneth E. Keller, Esq.                     Steven Winick

15 114 Sansome Street, 4th Floor               Four Embarcadero Center, 17th Floor
   San Francisco, CA 94104                     San Francisco, CA 94111-4106
16
17 Attorneys for Defendants Helen Dang and     Attorneys for Plaintiff, Petters Company, Inc.
   Capri, Inc.
18
19 GREENBERG GLUSKER FIELDS
   CLAMAN MACHTINGER & KINSELLA
20 LLP

21
22 _____
23 Norman Levine, Esq.

24 1900 Avenue of the Stars, Suite 2100
   Los Angeles, CA 90067
25
26 Attorneys for Costco Wholesale Corporation

27
28
                                    -2-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED:    June 27, 2005

   _____
   Judge Breyer
   United States District Judge

   *[APPROVED stamp: Charles R. Breyer, United States District Court, Northern District of California]*