UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETTERS COMPANY, INC., | No. C-04-2160 CRB (EMC) |
| Plaintiff, | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| BLS SALES, INC., BARRY SMITH, CAPRI, INC., TUAN TRAN, and HELEN DANG, | |
| Defendants. / | |
| AND RELATED CROSS-ACTIONS. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference with respect to *Petters Company, Inc. v. Capri, Inc., Tuan Tran, Helen Dang* is scheduled for **October 12, 2005, at 1:00 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated:  September 30, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge