NORMAN H. LEVINE (SBN 061884)
PATRICIA A. MILLETT (SBN 150756)
GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687
nlevine@ggfirm.com
pmillett@ggfirm.com

Attorneys for Cross-Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETTERS COMPANY, INC.

Plaintiff,

vs.

BLS SALES, INC.; BARRY SMITH; CAPTRI, INC.; TUAN TRAN; AND HELEN DANG

Defendants.

BLS SALES, INC.,

Cross-Complainant,

v.

PETTERS COMPANY, INC.; COSTCO WHOLESALE dba NATIONAL WHOLESALE; and DOES 1 through 10, inclusive,

Cross-Defendants.

Case No. C 04 2160 MEJ CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE DISMISSAL OF CROSS-COMPLAINT**



GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

IT IS HEREBY STIPULATED by and among plaintiff Petters Company, Inc., ("Petters"), cross-complainants BLS Sales ("BLS") and Barry Smith ("Smith") and cross-defendant Costco Wholesale Corporation (erroneously sued herein as Costco Wholesale dba National Wholesale) ("Costco"), by and through their respective counsel as follows:

Pursuant to a settlement agreement entered into by and between all parties to this action, Petters, BLS, Smith and Costco hereby agree and stipulate that the cross-complaint filed by BLS and Smith shall be dismissed with prejudice. The Parties further agree that each shall bear his or its own attorneys' fees and costs incurred herein.

DATED: January ___, 2006

Respectfully Submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By:____________________
STEVEN WINICK
Attorneys for Plaintiff
PETTERS COMPANY, INC.

DATED: January 6, 2006

Respectfully Submitted,

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By: P. Millett
PATRICIA A. MILLETT
Attorneys for Cross-Defendant
COSTCO WHOLESALE CORPORATION

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

IT IS HEREBY STIPULATED by and among plaintiff Petters Company, Inc., ("Petters"), cross-complainants BLS Sales ("BLS") and Barry Smith ("Smith") and cross-defendant Costco Wholesale Corporation (erroneously sued herein as Costco Wholesale dba National Wholesale) ("Costco"), by and through their respective counsel as follows:

Pursuant to a settlement agreement entered into by and between all parties to this action, Petters, BLS, Smith and Costco hereby agree and stipulate that the cross-complaint filed by BLS and Smith shall be dismissed with prejudice. The Parties further agree that each shall bear his or its own attorneys' fees and costs incurred herein.

DATED: January 9, 2006

Respectfully Submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: [signature]
STEVEN WINICK
Attorneys for Plaintiff
PETTERS COMPANY, INC.

DATED: January ___, 2006

Respectfully Submitted,

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP

By:____________________________
PATRICIA A. MILLETT
Attorneys for Cross-Defendant
COSTCO WHOLESALE CORPORATION

DATED: January 5, 2006

Respectfully Submitted,

LEDERER NOJIMA TAGLIAFERRO LOPRESTI & BLAKELY LLP

By: ______________________
BRENTH H. BLAKELY
Attorneys for Defendants BLS SALES, INC. and BARRY SMITH

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED.

DATED: January 13, 2006

______________________
THE HONORABLE CHARLES BREYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DATED: January ___, 2006

Respectfully Submitted,

LEDERER NOJIMA TAGLIAFERRO LOPRESTI & BLAKELY LLP

By:_______________________________
BRENTH H. BLAKELY
Attorneys for Defendants BLS SALES, INC. and BARRY SMITH

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: January ___, 2006

_______________________________
THE HONORABLE CHARLES BREYER
UNITED STATES DISTRICT JUDGE